UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | CASE NO. 1:20-mj-299 |
|---|---|
| v. | JUDGE KAREN L. LITKOVITZ |
| TRES GENCO, | MOTION TO SEAL CASE |
| Defendant. | |

The United States Attorney respectfully requests that the Complaint, Affidavit, Arrest Warrant, and all related documents filed herewith and in the future, be kept and filed under seal and that no person shall disclose their existence until further order of the Court.

As grounds for the instant motion, the United States Attorney states that disclosure of said documents could hamper the on-going investigation.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

*s/Megan Gaffney*
MEGAN GAFFNEY
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-2047

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Arrest Warrant, and all related documents filed herewith and in the future, be filed under seal and shall not be disclosed.

Apr 16, 2020
DATE

Karen L. Litkovitz
United States Magistrate Judge