FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 JUL 20 PM 12: 19

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRES GENCO,<br><br>Defendant. | CASE NO. 1:21-CR-85<br><br>JUDGE Dlott<br><br>**MOTION TO SEAL CASE** |

The United States Attorney respectfully requests that the Indictment and all related documents filed herewith and in the future, be kept and filed under seal and that no person shall disclose their existence until further order of the Court.

As grounds for the instant motion, the United States Attorney states that disclosure of said documents could hamper the on-going investigation.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

*s/Megan Gaffney Painter*
MEGAN GAFFNEY PAINTER
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-2047

**IT IS HEREBY ORDERED** that the Indictment, and all related documents filed herewith and in the future, be filed under seal and shall not be disclosed.

7/20/2021
DATE

NORAH MCCANN KING
UNITED STATES MAGISTRATE JUDGE