UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

TRES GENCO
Defendant.

Case No. 1:21-cr-00085

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: CourtSmart (Session ID # **1720**)   Date/Time: 7/21/21 @ 1:30 pm
United States Attorney: Megan Gaffney Painter
Defendant Attorney: **RICHARD MONAHAN (FPD)**   Interpreter: N/A
☐ By telephone ☒ By videoconferencing ☒ Def (does)/does not consent to proceed
*Initial Appearance:* ☐ *Complaint;* ☒ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☒ Counsel present      ☐ *Superseding Indictment*                    ☐ *Pretrial Release Violation*
☒ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)
☒ Defendant informed of his / her rights   ☒ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☒ Government moves for defendant to be detained pending detention hearing **7/23/21 @ 1:30 PM**
☒ Financial affidavit presented to the Court/Defendant ☐ Defendant informed of right to consulate notification (if applicable)
☒ Counsel appointed ☒ FPD ☐ CJA ☒ Charging document unsealed upon oral motion of the United States
☒ Government informed of requirements of Fed. R. Crim. P. 5(f)       ☐ Defendant did not contest detention at this time
*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ ☐ Detention is moot-active parole/probation detainer
Defendant Witness _____ ☐ Detention is moot - serving state sentence
☐ OR ☐ Secured with _____  ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew
_____  ☐ Location Monitoring ☐ GPS ☐ RF ☐ Stand Alone
Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to
☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☐ Surrender Passport
_____ ☐ Do not obtain passport ☐ Mental Health Eval/Treatment

*Pretrial Bond Violation Hearing:*
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: _____   Defendant Witnesses: _____
_____                     _____
AUSA Exhibits: _____     Defendant Exhibits: _____
_____                     _____

*Arraignment on* ☐ *Indictment* ☐ *Superseding Indictment* ☐ *Second Superseding Indictment*
Defendant waives reading ☐                   Defendant pleads: ☐ GUILTY ☐ NOT GUILTY
☐ PSI ordered                                ☐ Sentencing set for _____
☐ Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing       ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered  ☐ Removed to _____
☐ Probable Cause Found
                                          ☐ Defendant to voluntarily report to charging district no later than
                                          _____
Remarks: