# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
    Case No. 1:21-cr-00085
**TRES GENCO**
    Defendant.

## CRIMINAL MINUTES before
## Magistrate Judge Stephanie K. Bowman

Courtroom Deputy: **Kevin Moser**
Court Reporter: CourtSmart (Session ID # *1722* )　　Date/Time: 7/23/21 @ 1:30 PM
United States Attorney: Megan Gaffney Painter
Defendant Attorney: Richard Monahan (FPD)　　Interpreter: N/A

☐ By telephone　☒ By videoconferencing　☒ Def ⟨does⟩/does not consent to proceed

*Initial Appearance:* ☐ *Complaint;* ☐ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☐ Counsel present　　☐ *Superseding Indictment*　　　　☐ *Pretrial Release Violation*
☐ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)
☐ Defendant informed of his / her rights　☐ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____
☐ Financial affidavit presented to the Court/Defendant ☐ Defendant informed of right to consulate notification (if applicable)
☐ Counsel appointed ( ☐ FPD　☐ CJA) ☐ Charging document unsealed upon oral motion of the United States
☐ Government informed of requirements of Fed. R. Crim. P. 5(f)　　☐ Defendant did not contest detention at this time
*Detention:* ☒ Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____　☐ Detention is moot-active parole/probation detainer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Detention is moot - serving state sentence
Defendant Witness_____　　☐ Home Incarceration
☐ OR　☐ Secured with _____ ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew
　　　　　　　　　　　　　　　　　　☐ Location Monitoring ☐ GPS ☐ RF ☐ Stand Alone
Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to
☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☐ Surrender Passport
_____　☐ Do not obtain passport　　☐ Mental Health Eval/Treatment

*Pretrial Bond Violation Hearing:*
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses:_____　Defendant Witnesses: _____
　　　　　　　　_____　　　　　　　　　　　　_____

AUSA Exhibits:_____　Defendant Exhibits: _____
　　　　　　　_____　　　　　　　　　　　 _____

*Arraignment on* ☒ *Indictment*　☐ *Superseding Indictment* ☐ *Second Superseding Indictment*
Defendant waives reading ☒　　　　　　　　　Defendant pleads: ☐ GUILTY ☒ NOT GUILTY
☐ PSI ordered　　　　　　　　　　　　　　　　☐ Sentencing set for _____
☒ Case to proceed before **JUDGE DLOTT**

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing　　☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered　☐ Removed to _____
☐ Probable Cause Found
　　　　　　　　　　　　　　　☐ Defendant to voluntarily report to charging district no later than
　　　　　　　　　　　　　　　　_____

Remarks: