# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL CASE NO: 1:21-CR-00085** |
| | : | |
| **Plaintiff,** | : | **JUDGE DLOTT** |
| | : | |
| **v.** | : | |
| | : | **NOTICE OF APPEARANCE** |
| | : | |
| **TRES GENCO,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

Timothy S. Magnan, Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court that he is entering an appearance as co-counsel for the United States in the above captioned case.

Assistant United States Attorney Megan Gaffney Painter remains lead counsel for the United States.

Respectfully submitted,

VIPAL J. PATEL
United States Attorney

*s/Timothy S. Mangan*
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6385
E-mail: Timothy.Mangan@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Appearance was served this 27th day of July, 2021 electronically on all Counsel of record.

*s/Timothy S. Mangan*
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney