# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>TRES GENCO<br>*Defendant* | )<br>)  Case No.   1:21-cr-85<br>)            Judge Dlott<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **TRES GENCO**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 249(a)(2) - Attempted Hate Crime
18 USC 922(o) - Unlawful Possession of a Machinegun

Date: 7/20/21

City and state:    Columbus, Ohio

*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7/20/2021, and the person was arrested on *(date)* 7/21/2021
at *(city and state)* Chillicothe, OH.

Date: 7/21/2021

*Arresting officer's signature*

Patrick Gragan    Special Agent
*Printed name and title*