# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:21-CR-85** |
| | : | |
| | : | **JUDGE SUSAN J. DLOTT** |
| v. | : | |
| | : | |
| | : | **GOVERNMENT'S MOTION** |
| **TRES GENCO,** | : | **FOR EXTENTION OF MOTION** |
| | : | **RESPONSE DEADLINE** |
| Defendant. | : | |

The United States, through undersigned counsel, respectfully moves the Court for a one-week extension of the motion response deadline. On August 25, 2021, the defendant filed four motions. *See* Dkts. 25, 26, 27, and 28. Pursuant to this Court's Standing Order on Criminal Procedures, the Government's responses to those motions are due September 1, 2021. The Government requests an extension of the deadline to respond by one week. The Government has conferred with defense counsel, who has no objection to this request.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney


*s/Megan Gaffney Painter*
Megan Gaffney Painter (NY 4849220)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, OH 45202
(513) 684-3711
megan.painter@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Government's Motion for Extension of Motion Response Deadline* has been electronically served via the Court's CM/ECF system this 27th day of August, 2021, upon counsel of record.

*s/Megan Gaffney Painter*
Megan Gaffney Painter (NY 4849220)
Assistant United States Attorney
