# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:21CR085 |
| TRES GENCO, | : | Judge Dlott |
| Defendant. | : | |

## NOTICE OF CLARIFICATION OF EXHIBITS

Now comes the Defendant, TRES GENCO, by and through counsel, and hereby files this notice to clarify the demarcation of Exhibits in this matter.

Mr. Genco has submitted two Exhibits to the Court related to motions that were filed on August 25, 2021:

**Exhibit 1** is a copy of the Search Warrant in this matter, and this Exhibit relates to the Defendant's Motion to Suppress Evidence Seized in Search Warrant for Residence on March 13, 2020 (R. 26).

**Exhibit 2** is copy of the ATF Firearm Report in this matter, and this Exhibit relates to the Defendant's Motion to Dismiss Count 2 of the Indictment (R. 28).

These Exhibits were filed under seal rather than being attached to the pertinent motions due to the restrictions of the Protective Order in this case.

Respectfully submitted,

DEBORAH WILLIAMS
FEDERAL PUBLIC DEFENDER

*s/ Richard Monahan*
Richard Monahan (0065648)
First Assistant Federal Public Defender
250 E. 5th Street, Suite 350
Cincinnati, Ohio 45202
(513) 929-4834

Attorney for Defendant
Tres Genco

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon Megan Gaffney Painter, Assistant United States Attorney, via Electronic Case Filing, on this day of 27th day of August, 2021.

*s/ Richard Monahan*