UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:21-CR-85 |
| | : | |
| | : | JUDGE SUSAN J. DLOTT |
| v. | : | |
| | : | |
| | : | GOVERNMENT'S MOTION |
| TRES GENCO, | : | FOR EXTENTION OF MOTION |
| | : | RESPONSE DEADLINE |
| Defendant. | : | |

*Granted, Susan J. Dlott, Aug 30, 2021*

The United States, through undersigned counsel, respectfully moves the Court for a one-week extension of the motion response deadline. On August 25, 2021, the defendant filed four motions. *See* Dkts. 25, 26, 27, and 28. Pursuant to this Court's Standing Order on Criminal Procedures, the Government's responses to those motions are due September 1, 2021. The Government requests an extension of the deadline to respond by one week. The Government has conferred with defense counsel, who has no objection to this request.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

*s/Megan Gaffney Painter*
Megan Gaffney Painter (NY 4849220)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, OH 45202
(513) 684-3711
megan.painter@usdoj.gov