**FILED**
MAR 1 3 2020
Hillsboro Municipal Court
Diane Seeling

**Highland County, Ohio**

## Search Warrant

(A copy hereof must be handed to each person from whom property was being seized)

State of Ohio, Highland County, SS:

To: Any Highland County Deputy (Proper Police Authority), Greetings:

Whereas there appeared personally before me, the undersigned Judge, One <u>Detective Erica Engle</u>

Who on this 12th day of <u>March, 2020</u> filed an Affidavit applying for a search warrant, a copy of which is attached hereto, made a part of hereof and marked "Exhibit A"; therefore, upon examination of the contents of the Affidavit and of the complainant (and having presented to me other and further evidence), I am satisfied that the grounds for the issuance of the search warrant applied for do exist, and that there is probable cause, supported by oath (affirmation), to believe as follows:

That in the Township of <u>Liberty,</u> Highland County, Ohio the following criminal offenses has/have occurred, To Wit:

<u>Making Terroristic Threat</u> in violation of section <u>2909.23</u> of The Ohio Revised Code.

That the following named item(s) or property and things are sought and are connected with the commission of said offense(s), To Wit: Any weapons, such as but not limited to rifles, handguns and shotguns. Any documentation showing ownership of weapons, rifles, handguns or shotguns. Any currency derived from or used to support domestic or international terrorism. To search for and open any safes, lock boxes, or other locked containers used to store said weapons or currency. To search for, open, view, download, and/ or record any cell phone data, wireless devices, computer hard drives, or other data storage devices where records of terrorism may be found To search for any paperwork, documents, writings, books, or any other form of written or printed terroristic material; any paperwork showing residency, possession, use, or control of the residence. Any material used to manufacture, detonate, or otherwise connected to an explosive device. Any other physical, digital, or forensic evidence connected to, used for, or associated with, any act of domestic or international terrorism. A minimum of two (2) oral swab samples from the mouth of Tres Presley Genco (Date of Birth ▮▮▮▮▮), and ▮▮▮▮▮ (Date of Birth ▮▮▮▮▮). Fingerprint samples from both the left and right hands of Tres Presley Genco (Date of Birth ▮▮▮▮▮) and ▮▮▮▮▮ (Date of Birth ▮▮▮▮▮). To search any and all outbuildings, campers, or vehicles present at the time of the execution of the search warrant.

IN TESTIMONY WHEREOF, I hereunto subscribe my name officially and affix the seal of said Court, at the Court House, in Hillsboro, Ohio in said County, this 13 day of March 2020

By ▮▮▮▮▮▮▮▮▮▮▮
Deputy

CERTIFICATE TO COPY
ORIGINAL ON FILE
I, the undersigned, Clerk of the Hillsboro Municipal Court within and for said County and in whose custody the Files, Journals and Records of said Court are required by the Laws of the State of Ohio to be kept, do hereby certify that the foregoing is taken and copied from the original now on file in said Court, that said foregoing has been compared by me with the original document and that it is a true and correct copy thereof.

And within the territorial jurisdiction of this Court, you are authorized to search the person(s) of: Tres Presley Genco (Date of Birth ▮▮▮▮), and ▮▮▮▮ (Date of Birth ▮▮▮▮) for said items of property and things so sought.

In the searching now authorized, if you should find the items of property and things above named, or any part thereof, you are commanded to seize the same; and if you find the person(s) so searched has/have committed any of the criminal offenses stated above, you are commanded to seize the said: Tres Presley Genco (Date of Birth ▮▮▮▮), and ▮▮▮▮ (Date of Birth ▮▮▮▮.)

The Court further orders that any computer equipment, data storage media, cellular telephone, "smart phones," or other things capable of storing electronic evidence seized during the execution of this warrant may be turned over to be analyzed by the Ohio Bureau of Criminal Investigation, that the return will reflect only the seizure of such items, not the results, and that such analysis shall continue beyond the three days for execution of this warrant.

The Court further orders that the affidavit listed as "Exhibit A", attached hereto and made a part of, to be sealed by the Highland County Sheriff's Office / The Hillsboro Municipal Court until after any indictment that may be returned as a result of this search, or until further order of this Court.

And to bring all of the items of property and things so seized together with the person(s) so seized, forthwith before me, to be disposed of and dealt with according to law.

Issued and given under my hand on this 12th day of March, 2020 at 10:46 AM/PM o'clock.

*[signature]*

David McKenna, Judge
Hillsboro Municipal Court

"EXHIBIT A"

AFFIDAVIT

**FILED**

MAR 13 2020

Hillsboro Municipal Court
Diane Seeling

State of Ohio ss:

County of Highland

<u>Detective Erica Engle</u>, being first duly sworn, and cautioned according to law, deposes and states as follows:

Affiant has been employed at the Highland County Sheriff's Office over eighteen years in which time affiant has been involved criminal investigations. Affiant is currently assigned to the Detective division and works criminal investigations daily.

On March 12, 2020 Affiant responded to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Ohio 45133 to assist in a possible barricaded citizen with a firearm. Before arriving on scene, affiant listented to the radio traffic from the 911 dispatch center that indicated Sgt. Seaman had the unidentified male in custody, and we could slow our response time. When Affiant arrived on scene Sgt. Antinore arrived as well at the same time. Present was a female with blonde hair later identified as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Affiant observed Sgt. Seaman, Deputy Young and Deputy Meyers were speaking with a handcuffed male subject in the driveway identified as Tres Presley Genco, a 20-year-old male. Affiant learned that Tres is the son of ▮▮▮▮▮▮. Sgt. Seaman soon advised affiant that before he arrived ▮▮▮ had called the Sheriff's Office and reported that ▮▮▮ Tres was in his room and the two had just been in an argument when he started to "rage out" and went to his room where she heard him loading a gun and chambering a round, as if he was going to use the firearm. While on the phone ▮▮▮ explained to the Dispatcher that ▮▮▮ has recently been getting worse with his temper and that lead to the incident today. Affiant was present at the scene when Sgt. Seaman asked Tres if he had a gun to which affiant heard Tres respond that he did have a shotgun in his car that he was leaning against. Sgt. Seaman asked Tres if he could look at the gun and Tres stated that was fine and asked ▮▮▮ to go get his keys to his car. Once the car was unlocked Sgt. Seaman was unable to locate a firearm in the backseat of the car and was asked if he minded if the trunk of the car could be viewed Tres advised that was fine. Once in the truck of the car a **Palmetto State Armory AR-15** with a Bump Stock was wrapped in a Gray car blanket along with a black bullet proof vest. Upon further inspections magazines for that firearm were located and ammunition for that firearm was located. Sgt. Seaman then asked Tres if he had any other firearms. Tres advised Sgt. Seaman he did not. ▮▮▮ spoke up and stated that this was not true that just days prior Tres had a handgun hidden in her car and she questioned him about, but he would not talk to her about where it came from or what he was doing with it. Tres interrupted her speaking and said he had no idea what she was talking about and that he did not own any other guns. Tres was asked if our office could search his bedroom to make sure to which he stated that was fine with him.

Sgt. Seaman, Sgt. Antinore, Deputy Young and Affiant went into the residence and began searching the bedroom of Tres P. Genco. While searching the bedroom ▮ was present in the doorway of the room when the search began. Ammo for a 9mm was in a desk drawer and a 9mm handgun along with loaded magazines for the gun were in the floor heating/AC register. A bb gun was in the closet wrapped in a gray towel and taped up with clear packing tape. While searching for the firearms, affiant observed several alarming articles of paper including: A layout of what appeared to be some sort of room or business, hotel stationary that indicated a plot to possibly facilitate a mass shooting on May 23, 2020 at ▮ including the killing of 3,000 people with an M-16 rifle, training needed to facilitate this act, secondary plans to carry out an "ambush" in a populated area. Several Jewish bibles and what appeared to be a version of the Koran. Located on the desk in his room was a Computer that was on at the time with a shooting game brought up the screen. Affiant observed other weapons in the room including a machete in a black case.

After what had been located all units stepped out of the residence and called Federal Bureau of Investigations. Affiant and Sgt. Seaman spoke with ▮ briefly about her situation. ▮ indicated that her and ▮ Tres came to Ohio from California about two years ago, to get Tres out of the city. ▮ stated that neither of them work and Tres was going to go back to school. Tres enlisted in the Military at her request last fall to keep himself out of trouble, however ▮ stated that he was only there a couple months and they discharged him. After this she stated she doesn't feel she knows him anymore, he was so angry and aggressive. ▮ spoke of a letter she had read that was what she believed a plan for Tres to harm a lot of people, however she could remember exactly when it was or where it went to. ▮ was also concerned about why Tres had recently gone to Greece for 10 days. ▮ stated she didn't know who he would even know. While Tres was in Greece, she never heard from him and he won't talk about what he did while he was there. ▮ was very reluctant to speak with us and indicated that ▮ is just too much that he has hit her in the past, but he didn't today.

Affiant spoke with Highland County Prosecuting Attorney Anneka Collins regarding what was visible in the room. Ms. Collins agreed with affiant that the writings indicated a terroristic threat and necessary steps would need to be taken to ensure the safety of the public.

While at the Sheriff's Office typing a Search Warrant Sgt. Craig Seaman contacted Sgt. Antinore. Sgt. Antinore relayed to Affiant that on the hotel Stationary that had a possible terroristic threat to ▮ was a sequence of numbers. When a person is to type the sequence of numbers that is believed the chemical makeup of Mustard Gas

Affiant request this affidavit to be sealed by the Highland County Sheriff's Office / The Hillsboro Municipal Court until after any indictment or charges that may be returned as a result of this search, or until further order of the Court.

Affiant request a NIGHTTIME search warrant to preserve evidence in this ongoing investigation.

That the said items of property and things sought to be seized are unlawfully concealed either upon the person(s) of: Tres Presley Genco (Date of Birth ▮), and ▮ (Date of Birth ▮)

Or are unlawfully concealed by said person(s) at the following place(s), in said <u>Liberty</u> Township, Highland County, Ohio. To wit: ▮
Ohio, the home of Tres Presley Genco ▮, being a single-story mobile home, with white exterior and wooden deck, including a detached outbuilding. With parcel number ▮-▮, according to the Highland County Auditor's office; including any outbuildings, garages, or vehicles on the property.

The facts upon which affiant relies and bases his/her beliefs that the said items of property and things so unlawfully concealed are, To Wit: See "Exhibit A", attached hereto and made a part of.

And it appearing for the reasons stated in the Affidavit that there <u>IS</u> urgent necessity for a nighttime search, THESE THEREFORE are to command you in the name of the State of Ohio, with necessary and proper assistance, to enter in the <u>NIGHTTIME</u> into: ▮, Ohio, the home of Tres Presley Genco ▮ With parcel number ▮ according to the Highland County Auditor's office; including any outbuildings, garages, or vehicles on the property.

Located in the County aforesaid, and there diligently search of the following named items or property and things: To Wit: To Wit: Any weapons, such as but not limited to rifles, handguns and shotguns. Any documentation showing ownership of weapons, rifles, handguns or shotguns. Any currency derived from or used to support domestic or international terrorism. To search for and open any safes, lock boxes, or other locked containers used to store said weapons or currency. To search for, open, view, download, and/ or record any cell phone data, wireless devices, computer hard drives, or other data storage devices where records of terrorism may be found To search for any paperwork, documents, writings, books, or any other form of written or printed terroristic material; any paperwork showing residency, possession, use, or control of the residence. Any material used to manufacture, detonate, or otherwise connected to an explosive device. Any other physical, digital, or forensic evidence connected to, used for, or associated with, any act of domestic or international terrorism. A minimum of two (2) oral swab samples from the mouth of Tres Presley Genco (Date of Birth ▮), and ▮ (Date of Birth ▮). Fingerprint samples from both the left and right hands of Tres Presley Genco (Date of Birth ▮ and ▮ (Date of Birth ▮). To search any and all outbuildings, campers, or vehicles present at the time of the execution of the warrant.

Based upon all the foregoing, affiant believes, and has probable cause to believe that additional evidence will be found.

Further Affiant saith naught.

I hereby swear the above stated facts are true.

_____
Detective Erica Engle

Sworn to and subscribed to me this 12th day of March, 2020

_____
Judge