IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                            Case Number: 1:21cr85

Tres Genco

MINUTES: HEARING ON Defendant's motions to suppress (Docs. 25 & 26)

Defendant appeared with counsel Richard Monahan

AUSA Megan Gaffney-Painter present

Government called as a witness detective Erica Engle

Government exhibits 1-5 admitted

Defendant exhibit 6 is admitted

Post hearing briefs and any additional motions due by 11/10/2021

Government response due by 11/24/2021

Defendant reply due 12/1/2021

Matter taken under submission


| | |
|---|---|
| Judge: | Susan J. Dlott |
| Courtroom Deputy: | William Miller |
| Court Reporter: | Lisa Conley-Yungblut, Official |
| Date: | October 20, 2021 |