IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

vs.

Case Number: 1:21cr85

Tres Genco

CRIMINAL MINUTES: Motion to Reconsider (Doc. 48)

Defendant appeared with counsel Richard Monahan

Testimony offered

Government Witnesses called:
Sergeant Craig Seaman and Sergeant Vincent Antinore

Defendant's exhibits 7, 8 admitted

Simaltaneous post hearing briefs due by 4/19/2022

Matter taken under submission

Megan Gaffney Painter and Tim Mangan AUSA's present

| | |
|---|---|
| Judge: | Susan J. Dlott |
| Courtroom Deputy: | William Miller |
| Court Reporter: | Lisa ConleyYungblut, Offical |
| Date: | March 22, 2022 |