0AO 456s (Rev. 8/01)   Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

United States of America,

        V.

Tres Genco

Case Number:  1:21cr85

Judge Susan J. Dlott

NOTICE

**TAKE NOTICE** that the SENTENCING in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #7 (Room 117) |
| | DATE ND TIME |
| | July 24, 2023 at 10:00 a.m. |

SPECIAL INSTRUCTIONS:

1. Any sentencing memorandum may be filed no later than 28 days prior to sentencing;
2. If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 21 days prior to sentencing;
3. Motions under U.S.S.C. § 3553(e) or U.S.S.C. §5K1.1 must be filed at least 14 days prior to sentencing.

RICH NAGEL, CLERK

    s/William Miller
William Miller
Case Manager
(513) 564-7630