# HELLINIS HOTEL ATHENS

ANMANKO A.E. ΞΕΝ/ΚΕΣ - ΤΟΥΡ/ΚΕΣ ΕΠΙΧΕΙΡΗΣΕΙΣ

$C_4H_8Cl_2S$  O.S.V.

May 23, 2020. 290 days!
M16 is optimal, convert or Mil-spec. Will get arms training in BCT, Georgia.

KC needs to be huge!
3,000? Aim big, then

Need to write plot.
Take some writing classes?
Plausible. PETN!
Proper planning!
Hoover Dam? ~~Ambuscade~~

How do gatling guns work?
Area Denial
M134 - 24 volt D.C, 1kw/h.
Made by General Electric
Phrases: Delinker - Complicated
Motor drives barrels & delinker
"5-8000 vsd" for a motor?
Gears important on the motor
barrel ~~cluster~~ & ~~delinker~~ delinker
"serialized". Bolt on each
barrel, firing Pin releasing.

Strike
Bolt track

Λ. Συγγρού 177  171 21, Αθήνα
177, Sugrou Ave., 171 21, Athens  ☎ 210 9311 494  FAX: 210 9349 616
www.hellinis.gr  e-mail: hellinis@hellinis.gr

US000404