

## Note

Go to ▾

| | |
|---|---|
| **Title:** | Beautiful Idiom; |
| **Creation time:** | 1/15/2020 10:52:35 AM(UTC-5) |
| **Modification Time:** | 1/15/2020 11:01:17 AM(UTC-5) |
| **Source:** | Notes |
| **Extraction:** | Legacy |
| **Source file:** | fs-full.zip/private/var/mobile/Containers/Shared/AppGroup/8EF62906-98D2-49D9-84AB-C5BC6FC94745/NoteStore.sqlite : 0xA0629 (Table: ZICCLOUDSYNCINGOBJECT, Size: 1970176 bytes) |



## Summary

Time : 10:53, fairly busy, Wednesday.

## Body   HTML Text

Beautiful Idiom;

Time : 10:53, fairly busy, Wednesday.

Students seem fairly nerdy, some hipster dull kids as well.

The track is primarily unused.

Ages vary. The average appears to be early 20's.

Car quality is generally mid to lower tier.

Some sort of building behind the college, look into it.

They have no check of any sort entering the building, I wasn't questioned at all.

Backpacks are very common.

US010195

1