Exhibit 1
Case: 1:21-cr-00085-SJD Doc #: 68-1 Filed: 06/26/23 Page: 1 of 6 PAGEID #: 547
Note: Grecco199TG (Green messages) is Tres Genco

**andynator9000 Fur man**
But he dont start cussing
Delivered: 8/18/2019 10:56:26 PM(UTC-4)
8/18/2019 10:56:23 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x782F62 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**andynator9000 Fur man**
U start cussing and angry if i leave u on read once
Delivered: 8/18/2019 10:56:41 PM(UTC-4)
8/18/2019 10:56:40 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x7828EA (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**grecco199 TG**
Your other friend not incel
Delivered: 8/18/2019 10:56:45 PM(UTC-4)
8/18/2019 10:56:45 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x782878 (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

**andynator9000 Fur man**
I reply more to u than him latley
Delivered: 8/18/2019 10:57:01 PM(UTC-4)
8/18/2019 10:56:56 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x78FF56 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**andynator9000 Fur man**
And he still not angry
Delivered: 8/18/2019 10:57:07 PM(UTC-4)
8/18/2019 10:57:03 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x78FE1B (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**grecco199 TG**
Incels prone to aggression
Delivered: 8/18/2019 10:57:07 PM(UTC-4)
8/18/2019 10:57:07 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x78FEE6 (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

**andynator9000 Fur man**

Just say you miss talking but dont get angry
Delivered: 8/18/2019 10:57:38 PM(UTC-4)

8/18/2019 10:57:33 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x78FC7C (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**andynator9000 Fur man**

Im flattered u like talking
Delivered: 8/18/2019 10:57:58 PM(UTC-4)

8/18/2019 10:57:51 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x78FA95 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**grecco199 TG**

Won't talk for 4 months we'll probably stop being friends
Delivered: 8/18/2019 10:58:10 PM(UTC-4)

8/18/2019 10:58:10 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x78F73C (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

**andynator9000 Fur man**

Just take it easy you acting like a gf lol when get angry way to fast for little time off
Delivered: 8/18/2019 10:58:16 PM(UTC-4)

8/18/2019 10:58:15 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x78F68A (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**grecco199 TG**

That long without talking people drift
Delivered: 8/18/2019 10:58:18 PM(UTC-4)

8/18/2019 10:58:18 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x78F491 (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

**grecco199 TG**

And change
Delivered: 8/18/2019 10:58:21 PM(UTC-4)

8/18/2019 10:58:21 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x78F431 (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

US010070

**andynator9000 Fur man**

Not asking to stop talking
Delivered: 8/18/2019 10:58:30 PM(UTC-4)

8/18/2019 10:58:29 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x78F3C0 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**andynator9000 Fur man**

I enjoy your company
Delivered: 8/18/2019 10:58:37 PM(UTC-4)

8/18/2019 10:58:37 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2FC0 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**grecco199 TG**

Lmao no fuck off bro
Delivered: 8/18/2019 10:58:42 PM(UTC-4)

8/18/2019 10:58:42 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2F56 (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

**andynator9000 Fur man**

Just telling u to not worry as much
Delivered: 8/18/2019 10:58:45 PM(UTC-4)

8/18/2019 10:58:44 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2E77 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**grecco199 TG**

Calling me a gf
Delivered: 8/18/2019 10:58:45 PM(UTC-4)

8/18/2019 10:58:45 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2EF1 (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

**grecco199 TG**

I ain't worried
Delivered: 8/18/2019 10:58:52 PM(UTC-4)

8/18/2019 10:58:52 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2DB7 (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

> **grecco199 TG**
>
> I don't want to talk to you anymore
> **Delivered:** 8/18/2019 10:58:58 PM(UTC-4)
>
> 8/18/2019 10:58:58 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2D3C (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

> **grecco199 TG**
>
> You do too many drugs and act different
> **Delivered:** 8/18/2019 10:59:06 PM(UTC-4)
>
> 8/18/2019 10:59:06 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2C5C (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

> **grecco199 TG**
>
> Not like old you
> **Delivered:** 8/18/2019 10:59:15 PM(UTC-4)
>
> 8/18/2019 10:59:15 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2B8E (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

> **andynator9000 Fur man**
>
> Im not the old guy who complains as much
> **Delivered:** 8/18/2019 10:59:30 PM(UTC-4)
>
> 8/18/2019 10:59:26 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A29F1 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

> **andynator9000 Fur man**
>
> I know
> **Delivered:** 8/18/2019 10:59:30 PM(UTC-4)
>
> 8/18/2019 10:59:28 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2995 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

> **andynator9000 Fur man**
>
> The angry incel guy
> **Delivered:** 8/18/2019 10:59:37 PM(UTC-4)
>
> 8/18/2019 10:59:33 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A28D0 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**grecco199 TG**

What
**Delivered:** 8/18/2019 10:59:39 PM(UTC-4)

8/18/2019 10:59:39 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2790 (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

**andynator9000 Fur man**

Im more chilled down gues cause the drugs im calm
**Delivered:** 8/18/2019 10:59:44 PM(UTC-4)

8/18/2019 10:59:43 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2709 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**grecco199 TG**

You're more of a douche
**Delivered:** 8/18/2019 10:59:47 PM(UTC-4)

8/18/2019 10:59:47 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2699 (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

**grecco199 TG**

You're not less of one
**Delivered:** 8/18/2019 10:59:51 PM(UTC-4)

8/18/2019 10:59:51 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2563 (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

**grecco199 TG**

You're just a lazy angry guy instead of an energetic and cognizant one
**Delivered:** 8/18/2019 11:00:12 PM(UTC-4)

8/18/2019 11:00:12 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x3A2338 (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

**andynator9000 Fur man**

What is lazy angry
**Delivered:** 8/18/2019 11:00:29 PM(UTC-4)

8/18/2019 11:00:26 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x38DF40 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**grecco199 TG**

Going to end up working at Walmart your whole life
Delivered: 8/18/2019 11:00:31 PM(UTC-4)

8/18/2019 11:00:31 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x38DEB8 (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

**grecco199 TG**

Passive aggressive and arrogant bro
Delivered: 8/18/2019 11:00:38 PM(UTC-4)

8/18/2019 11:00:38 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x38DE3E (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

**andynator9000 Fur man**

But relax man im still ur friend
Delivered: 8/18/2019 11:00:51 PM(UTC-4)

8/18/2019 11:00:51 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x38DDC7 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**grecco199 TG**

I'm not incel anymore
Delivered: 8/18/2019 11:01:06 PM(UTC-4)

8/18/2019 11:01:06 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x38DD5A (Table: ZKIKMESSAGE, Size: 11423744 bytes)
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/Library/Preferences/group.com.kik.chat.plist : 0x3A8A (Size: 15595 bytes)

**andynator9000 Fur man**

Just telling u about the anger u have at times
Delivered: 8/18/2019 11:01:11 PM(UTC-4)

8/18/2019 11:01:09 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x38DCD6 (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)

**andynator9000 Fur man**

Good
Delivered: 8/18/2019 11:01:11 PM(UTC-4)

8/18/2019 11:01:10 PM(UTC-4)

Source Info:
DarArchive/root/private/var/mobile/Containers/Shared/AppGroup/B4252BAF-BEE1-4389-B229-86381EE17E4E/cores/private/ab2ffa4128bb42ccad9a73ef7c70b55c/kik.sqlite : 0x38DC7B (Table: ZKIKMESSAGE, ZKIKUSER, Size: 11423744 bytes)