| Record | Tags | Comments | To | Sender | Subject | Sent Date/Time - UTC+00:00 (M/d/yyyy) | Received Date/Time - UTC+00:00 (M/d/yyyy) | Email Body | CC | BCC | Summary | Size (Bytes) | Mailbox | Read | Deleted | Source | Location | Evidence number | Deleted source | Recovery method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | • Incel | | • jhorgan@gsu.edu | t_genco@aol.com | Incels | 1/21/2020 4:40:36 AM | 1/21/2020 4:40:36 AM | | | | Hi John, just curious how the research on incels was going, I use to identify as one, but developed more as an individual. I'm a CS major based out of *View more...* | 1873 | imap://79EA5851-9A72-4A06-BF18-FB179BC792BA/Sent | Yes | No | • FullFileSystem.1.dar\private\var\mobile\Library\Mail\Envelope Index<br>• FullFileSystem.1.dar\private\var\mobile\Library\Mail\Protected Index | • Table: messages(rowid: 99)<br>• Table: mailboxes(rowid: 6)<br>• Table: recipients(rowid: 41)<br>• Table: subjects(ROWID: 49)<br>• Table: summaries(ROWID: 8)<br>• Table: addresses(ROWID: 5) | FullFileSystem.1.dar | | Parsing |
| 2 | • Incel | | • t_genco@aol.com | jhorgan@gsu.edu | Incels | 1/21/2020 7:22:36 PM | 1/21/2020 7:22:38 PM | | | | | 15428 | imap://79EA5851-9A72-4A06-BF18-FB179BC792BA/INBOX | Yes | No | • FullFileSystem.1.dar\private\var\mobile\Library\Mail\Envelope Index<br>• FullFileSystem.1.dar\private\var\mobile\Library\Mail\Protected Index | • Table: messages(rowid: 334)<br>• Table: mailboxes(rowid: 1)<br>• Table: recipients(rowid: 280)<br>• Table: subjects(ROWID: 49)<br>• Table: addresses(ROWID: 111) | FullFileSystem.1.dar | | Parsing |
| 3 | • Incel | | • t_genco@aol.com | noreply@mail.incels.co | Last week's most popular topics (from Incels - Involuntary Celibate) | 12/14/2019 1:12:10 PM | 12/14/2019 1:12:11 PM | | | | Incels - Involuntary Celibate Last week's most popular topics [SuicideFuel] - Giga Suicide fuel - Roastie explains life of a 14 year old chad who has *View more...* | 22746 | imap://79EA5851-9A72-4A06-BF18-FB179BC792BA/INBOX | No | No | • FullFileSystem.1.dar\private\var\mobile\Library\Mail\Envelope Index<br>• FullFileSystem.1.dar\private\var\mobile\Library\Mail\Protected Index | • Table: messages(rowid: 1015)<br>• Table: mailboxes(rowid: 1)<br>• Table: recipients(rowid: 964)<br>• Table: subjects(ROWID: 674)<br>• Table: summaries(ROWID: 590)<br>• Table: addresses(ROWID: 203) | FullFileSystem.1.dar | | Parsing |
| 4 | • Incel | | • t_genco@aol.com | noreply@mail.incels.co | Last week's most popular topics (from Incels.co - Involuntary Celibate) | 12/21/2019 1:11:41 PM | 12/21/2019 1:11:42 PM | | | | Incels.co - Involuntary Celibate Last week's most popular topics [RageFuel] - Made an r/amithesoyhole bait post about not wanting my 14 year old daugh *View more...* | 22443 | imap://79EA5851-9A72-4A06-BF18-FB179BC792BA/INBOX | No | No | • FullFileSystem.1.dar\private\var\mobile\Library\Mail\Envelope Index<br>• FullFileSystem.1.dar\private\var\mobile\Library\Mail\Protected Index | • Table: messages(rowid: 1062)<br>• Table: mailboxes(rowid: 1)<br>• Table: recipients(rowid: 1011)<br>• Table: subjects(ROWID: 710)<br>• Table: summaries(ROWID: 595)<br>• Table: addresses(ROWID: 203) | FullFileSystem.1.dar | | Parsing |
| 5 | • Incel | | • t_genco@aol.com | noreply@mail.incels.co | Last week's most popular topics (from Incels.co - Involuntary Celibate) | 12/28/2019 1:11:17 PM | 12/28/2019 1:11:19 PM | | | | Incels.co - Involuntary Celibate Last week's most popular topics [ToxicFemininity] - so i was going all over Facebook searching names and i found this *View more...* | 23187 | imap://79EA5851-9A72-4A06-BF18-FB179BC792BA/INBOX | No | No | • FullFileSystem.1.dar\private\var\mobile\Library\Mail\Envelope Index<br>• FullFileSystem.1.dar\private\var\mobile\Library\Mail\Protected Index | • Table: messages(rowid: 1118)<br>• Table: mailboxes(rowid: 1)<br>• Table: recipients(rowid: 1067)<br>• Table: subjects(ROWID: 710)<br>• Table: summaries(ROWID: 681)<br>• Table: addresses(ROWID: 203) | FullFileSystem.1.dar | | Parsing |
| 6 | • Incel | | • t_genco@aol.com | noreply@mail.incels.co | Last week's most popular topics (from Incels.co - Involuntary Celibate) | 9/21/2019 1:14:54 PM | 9/21/2019 1:14:55 PM | | | | Incels.co - Involuntary Celibate Last week's most popular topics [Blackpill] - The Blackpill Documentary Premiers in Few Hours. Grab your Whiskey Ince *View more...* | 22958 | imap://79EA5851-9A72-4A06-BF18-FB179BC792BA/INBOX | No | No | • FullFileSystem.1.dar\private\var\mobile\Library\Mail\Envelope Index<br>• FullFileSystem.1.dar\private\var\mobile\Library\Mail\Protected Index | • Table: messages(rowid: 1466)<br>• Table: mailboxes(rowid: 1)<br>• Table: recipients(rowid: 1415)<br>• Table: subjects(ROWID: 710)<br>• Table: summaries(ROWID: 887)<br>• Table: addresses(ROWID: 203) | FullFileSystem.1.dar | | Parsing |
| 7 | • Incel | | • t_genco@aol.com | noreply@mail.incels.co | Last week's most popular topics (from Incels.co - Involuntary Celibate) | 9/28/2019 1:14:48 PM | 9/28/2019 1:14:49 PM | | | | Incels.co - Involuntary Celibate Last week's most popular topics Jared Leto's girlfriend list since he was 24 (1996) Inceldom Discussion [It's Over] - *View more...* | 22149 | imap://79EA5851-9A72-4A06-BF18-FB179BC792BA/INBOX | No | No | • FullFileSystem.1.dar\private\var\mobile\Library\Mail\Envelope Index<br>• FullFileSystem.1.dar\private\var\mobile\Library\Mail\Protected Index | • Table: messages(rowid: 1532)<br>• Table: mailboxes(rowid: 1)<br>• Table: recipients(rowid: 1481)<br>• Table: subjects(ROWID: 710)<br>• Table: | FullFileSystem.1.dar | | Parsing |

Firefox     file:///J:/Clients-Open/RWM/GencoTres%20RWM%202021-153/Digital...

Case: 1:21-cr-00085-SJD Doc #: 68-2 Filed: 06/26/23 Page: 2 of 2  PAGEID #: 554

Hi John, just curious how the research on incels was going, I use to identify as one, but developed more as an individual. I'm a CS major based out of Ohio, I'd be glad to help you in anyways possible, integrating into the community for research purposes, etc. https://incels.co/threads/the-men-watching-us.172808/ this is what sparked my interest in you. Best Respects, Tres Genco