19375096617 (Green messages) is Tres Genco

**From:** +19375096617 (owner)
**To:** +14033633425 Karsyn

Hey bay sorry deleted discord

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14033633425 Karsyn | | | |

**Status:** Sent

1/21/2020 12:06:24 PM(UTC-5)

Source Info:
DarArchive/root/private/var/mobile/Library/SMS/sms.db-wal : 1373874 / 0x14F6B2 (Table: message, chat, handle, Size: 2731592 bytes)

---

**From:** +14033633425 Karsyn
**To:** +19375096617 (owner)

oh that's okay! why'd u do that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19375096617 | | 1/21/2020 12:06:57 PM(UTC-5) | |

**Status:** Read

1/21/2020 12:06:47 PM(UTC-5)

Source Info:
DarArchive/root/private/var/mobile/Library/SMS/sms.db-wal : 1373371 / 0x14F4BB (Table: message, handle, chat, Size: 2731592 bytes)

---

**From:** +19375096617 (owner)
**To:** +14033633425 Karsyn

eh incels had my tag kept messaging me didn't want the negative shit back in my life

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14033633425 Karsyn | | | |

**Status:** Sent

1/21/2020 12:07:32 PM(UTC-5)

Source Info:
DarArchive/root/private/var/mobile/Library/SMS/sms.db-wal : 1372872 / 0x14F2C8 (Table: message, chat, handle, Size: 2731592 bytes)

---

**From:** +14033633425 Karsyn
**To:** +19375096617 (owner)

ah that's fair. you got any other type of social media so we can ke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19375096617 | | 1/21/2020 12:09:29 PM(UTC-5) | |

**Status:** Read

1/21/2020 12:08:17 PM(UTC-5)

Source Info:
DarArchive/root/private/var/mobile/Library/SMS/sms.db-wal : 1380168 / 0x150F48 (Table: message, handle, chat, Size: 2731592 bytes)