**Exhibit 1 – Table – Genco Internet Searches**

| | |
|---|---|
| 1/14/2020 10:30:50 PM | St Johns Wort mania - Google Search |
| 1/14/2020 10:30:50 PM | St Johns Wort mania - Google Search |
| 1/14/2020 10:30:52 PM | Mania and Psychosis Associated with St. John's Wort and Ginseng |
| 1/14/2020 10:31:07 PM | St Johns Wort mania - Google Search |
| 1/14/2020 10:31:15 PM | St. John's Wort: Uses, dosage, and risks |
| 1/14/2020 10:31:54 PM | St. John's Wort: Uses, dosage, and risks |
| 1/14/2020 10:31:55 PM | St. John's Wort: Uses, dosage, and risks |
| 1/14/2020 10:32:08 PM | St Johns Wort mania - Google Search |
| 1/14/2020 10:32:15 PM | Mania associated with St. John's wort. - PubMed - NCBI |