**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:21-CR-85** |
| | : | |
| | : | **JUDGE SUSAN J. DLOTT** |
| **v.** | : | |
| | : | |
| | : | **GOVERNMENT'S MOTION TO** |
| **TRES GENCO,** | : | **MODIFY SUPERVISED RELEASE** |
| | : | **CONDITIONS** |
| **Defendant.** | : | |
| | : | **Filed Under Seal** |
| | : | |

Defendant Genco was previously convicted of an attempted hate crime under 18 U.S.C. Section 249(a)(2). The Court sentenced him to 80 months of imprisonment. Mr. Genco has been released from BOP custody and is now on supervised release. The United States respectfully submits this motion to modify the conditions of Defendant's supervised release and have a hearing to discuss appropriate conditions, particularly with respect to Genco's residence near a college campus.

**FACTUAL BACKGROUND**

As the Court may recall, the nature of the underlying offense involved Mr. Genco's association with the "incel" ideology and a plan to commit an attack on women at an Ohio university. Genco also included a countdown to May 23rd, which was the anniversary date of an infamous mass shooting by a noted incel.[1]

One of the universities in Genco's notes was a college in Ohio (College 1) and a specific sorority was noted in his writings. Specifically, Genco had a handwritten list that included the following:

---

[1] On May 23, 2014, Elliot Rodger, who self-identified as an Incel, murdered six people and injured 14 others by gun, knife, and car. (*See* PSR at ¶ 25.)

> College 1
> May 23, 2020    290 days!
> M-16 optimal, convert or mil-spec; Will get arms training in BCT, Georgia[2]
> KC[3] needs to be huge!  3,000?  Aim big then
> Need to write plot. Take some writing classes?

(Government Sentencing Memorandum, Exhibit D, emphasis added.)

Around that same time, on August 3, 2019, the defendant created a "notes" document entitled <u>A Hideous Symphony a manifesto written by Tres Genco, the socially exiled Incel</u>.  (PSR at ¶ 29; Government Sentencing Memo, Exhibit E.)  The same day that the defendant created his manifesto, the defendant visited the websites for two sororities, including one at College 1, and searched Google for, among other things, "sorority College 1," "College 1 sororities," and two sororities by name.   He also searched "manifesto vs novel," "exiled synonyms," and "misogynistic."

On January 11, 2020, the defendant created a note that was recovered from his phone entitled "isolated."   (PSR ¶ 32.)   The "Foreward" states: "If you're reading this, I've done something horrible.  Somehow you've come across the writings of the deluded and homicidal, not an easy task, and for that I congratulate you for your curiosity and willingness to delve into such a dark topic." (*Id.*)  The defendant signed it "Your hopeful friend and murderer, TBG." (*Id.*)

On January 15, 2020, the defendant wrote another note on his phone that appears to document surveillance of an unidentified school.  He wrote: "10:53 am, fairly busy, Wednesday, Students seem fairly nerdy, some hipster dull kids as well. The track is primarily unused. Ages vary. The average appears to be early 20s. Car quality is generally mid lower tier. Some sort of

---

[2] BCT stands for basic combat training, the formal name for Army boot camp. One location for BCT is Fort Benning, Georgia.

[3] Law enforcement believes this is an acronym for "kill count," an expression used in video games.

building behind the college look into it. They have no check of any sort entering the building. I wasn't questioned at all. Backpacks are very common."

On March 11, 2020, the defendant took a screenshot of a web search, the results of which included a page on police scanner codes, as well as a page on radioreference.com for "Franklin County (OH) – TheRadioReference Wiki," listing "College 1."  The Wiki page included radio codes for College 1 police.  The defendant also accessed the Facebook pages for a specific College 1 sorority on unknown dates.  This echoed his activity in August of 2019, the month the defendant wrote his manifesto, and conducted internet activity about sororities.

### THE SUPERVISION ISSUE

Defendant Genco was recently released from BOP custody and began supervision. Although he previously lived near Wilmington, Ohio, Mr. Genco just moved into an apartment in a different city.  This apartment is roughly two blocks from College 1's campus and within walking distance of university's sorority housing and other off-campus housing.[4]

Given the history discussed above, the government has serious safety concerns for the College 1 campus community.  The College 1 administration shares those concerns.  The university has already served Mr. Genco with a campus ban – an order to not enter university grounds.  But the concern for female students remains.  The government acknowledges that the Court must balance a person's need to transition back into society after imprisonment, but this residence choice seems to be intentionally provocative and unsafe.

Accordingly, the government requests a hearing at the Court's earliest convenience to consider adding terms and conditions for Mr. Genco's supervision, to include:

---

[4] Additionally, the Court may recall that Mr. Genco became close with another individual in jail at Butler County named Thomas Develin.  Mr. Genco also became close with Mr. Develin's parents, who supported Genco at sentencing.  Develin was sentenced in federal court for a firearm offense but the case also involved threatening statements by Develin towards the Jewish community while PADEVELIN was serving as a security guard at a Jewish organization.  Mr. Develin is still incarcerated, but Develin's parents apparently held Genco move into the apartment.

3

1.  Adding computer monitoring software for his electronic devices.

2.  Require that his residence be located more than 2 miles from any Ohio university or college and that his residence location be pre-approved by the probation office.

3.  Prohibit him from entering upon the grounds of any Ohio university or college without prior approval from the probation office.

4.  No contact with Thomas Develin.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*s/Timothy S. Mangan*
Timothy S. Mangan (069287)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, OH 45202
(513) 684-3711

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion has been served via email on defense counsel of record.

*s/Timothy S. Mangan*
Timothy S. Mangan (069287)
Assistant United States Attorney

5