# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### U.S. Probation Office

**Mark R. Grawe**
Chief U.S. Probation Officer

Joseph P. Kinneary U.S.
Courthouse
85 Marconi Boulevard, Room 546
Columbus, Ohio 43215-2398
Phone: 614-719-3100
Fax: 614-719-3101

110 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3980
Phone: 513-564-7575
Fax: 513-564-7587

Walter H. Rice Federal Building
and U. S. Courthouse
200 West Second Street, Room 702
Dayton, Ohio 45402-1411
Phone: 937-512-1450
Fax: 937-512-1453

**June 5, 2026**

Reply to: Columbus Office

**RE: Genco, Tres**
  **Docket No. 1:21cr-00085-1**
  **Request to consult with FBI**

Dear Judge Dlott,

Mr. Genco appeared before Your Honor for sentencing on February 29, 2024, after previously entering a plea of guilty to Attempted Hate Crime, in violation of Title 18 U.S.C. § 249(a)(2) and (a)(2)(A)(ii)(II), a Class A Felony. He was sentenced to eighty (80) months of incarceration, to be followed by five (5) years of supervised release.

In light of recent concerns, the supervising officer respectfully requests permission from the Court to review Mr. Genco's case, which could include details regarding his offense with the FBI Behavioral Unit, for the purpose of obtaining general guidance that would help prevent any potential violations of his supervised release and continue to support him in his efforts to be successful on supervision. In addition, the probation office is seeking permission to contact the local Joint Terrorism Taskforce (JTTF) of the FBI if there are similar concerns regarding Mr. Genco correspondence or behaviors observed during the course of his supervision that may require additional guidance in the future.

If Your Honor has questions regarding this request, or requires additional information, please contact the supervising officer at (614) 719-3125.

Respectfully submitted,

Reviewed and approved,

**Shawn Stewart**

*Vanessa Fletcher*

Shawn Stewart
U.S. Probation Officer

Vanessa Fletcher
Supervising U.S. Probation Officer

[ X ] Approved to consult with the FBI for informational purposes only

[   ] Not approved to consult with the FBI

[  ] Consult with the Court

[  ] Other


_Susan J. Dlott_
Judge

_June 23, 2026_
Date