IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | Case No. 1:21-cr-85 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order Setting Forth Agreed Conditions of |
| Tres Genco, | : | Supervised Release |
| | : | |
| Defendant. | : | |

This matter is before the Court on the Government's Motion to Modify the Supervised

Release Conditions. (Doc. 82, 83.) Genco filed a Response and Sur-Reply, and the Government

filed a Reply. (Docs. 84–90.)

On July 20, 2021, Defendant Tres Genco was indicted on the following charges: (1)

attempted hate crime in violation of 18 U.S.C. § 249(a)(2); and (2) unlawful possession of a

machinegun in violation of 18 U.S.C. §§ 922(o) and 924(a)(2). (Doc. 7.)  On October 11, 2022,

Genco pled guilty to Count 1 of the Indictment, attempted hate crime, in violation of 18 U.S.C. §

249(a)(2). (Doc. 60 at PageID 438; Doc. 61.) Genco was sentenced on March 7, 2024 to 80

months of imprisonment, 5 years of supervised release with mandatory conditions and standard

conditions of supervision, two special conditions of supervision relating to mental health

assessment and vocation services programs, and an assessment of $100. (Doc. 73.) Genco

served his sentence and was released from custody on April 30, 2026. Bureau of Prisons, Find

an Inmate, https://www.bop.gov/mobile/find_inmate/byname.jsp#inmate_results (last viewed

6/23/26).

On May 20, 2026, the Government filed a Motion to Modify the terms of Genco's

supervision. (Doc. 82, 83.) The Government asserts that although Genco previously lived near

Wilmington, Ohio, he just moved into an apartment in a different city, which is roughly two blocks from Ohio State University's campus and within walking distance of the university's sorority housing and other off-campus housing, which was identified in writings as a potential target of his underlying crime. (Doc. 83 at PageID 863.) As such, the Government moved to modify the terms of Genco's supervised release. (Docs. 82, 83.) After that Motion was filed, Genco voluntarily agreed to two new terms of supervised release, but two additional requested conditions remained outstanding, including a residency restriction and a pre-approval restriction before Genco were to enter any college or university campus.[1]

In addition to the briefs filed, the Court received a number of letters from community members as well as letters from Genco and his mother. Genco's probation officer confirmed Genco has complied with the terms of supervised release since his release and seeks to abide by the law.

On June 25, 2026, Genco and the Government informed the Court that they reached agreement about additional conditions of release. As such the following additional restrictions are in place during the term of supervised release:

(1) Genco is to reside more than 2 miles away from Ohio State University main campus, and he is to receive preapproval from his probation officer about the location of his new residence.

(2) Genco will receive preapproval from his probation officer of any future residence changes.

(3) Genco is to obtain new housing complying with the residency restriction and move within 30 days. He shall be monitored by the use of location monitoring technology

---

[1] Genco consented to adding computer monitoring software to his electronic devices and having no contact with Thomas Develin. (Doc. 85.)

at the discretion of the probation officer, including GPS monitoring, until he has established residency complying with these restrictions.

(4) Genco is to seek and receive preapproval before entering any Ohio college or university campus.

**IT IS SO ORDERED.**

Judge Susan J. Dlott
United States District Court

3